■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOWARD T. LINTS, Appellant.— Order unanimously affirmed. (See *People* v. *Lynn*, 28 N Y 2d 196, 204; *People* v. *Murphy*, 36 A D 2d 684.) (Appeal from order of Oneida County Court denying motion to vacate judgment of conviction rendered May 11, 1954.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Cardamone, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES JOHNSON, Appellant, v. VINCENT R. MANCUSI, as Superintendent of Attica Correctional Facility, Respondent.— Judgment unanimously affirmed. The issue raised here was passed upon in *People* v. *Johnson*, (34 A D 2d 1104). (Appeal from judgment of Wyoming County Court dismissing writ of habeas corpus.) Present — Marsh, J. P., Witmer, Moule and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BOBBIE JUNIOR JENNINGS, Appellant.— Judgment unanimously affirmed. (See *People* v. *Papineau*, 31 A D 2d 781.) (Appeal from judgment of Onondaga County Court convicting defendant of robbery, first degree and grand larceny, third degree.) Present — Witmer, J. P., Gabrielli, Moule and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRACE MAE WILLIAMS, Appellant.— Motion to amend remittitur order granted. Present — Del Vecchio, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.

■ MARGARET GUNKLER, Respondent, v. WALTER GUNKLER, Appellant.— Motion for a stay denied; motion to dismiss appeal granted. Memorandum: The issues sought to be raised on this appeal from an order awarding temporary alimony and counsel fees can be disposed of most expeditiously and satisfactorily by the parties proceeding promptly to trial (two motions).

■ EDWARD ARATARI, Plaintiff, v. CHRYSLER CORPORATION et al., Defendants.— Motion for leave to appeal and for other relief denied. Memorandum: Plaintiff's motion for leave to appeal is denied on the ground that the appeal can be taken as of right. There being no notice of appeal we have no jurisdiction to otherwise pass upon the motion.